IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 03-C-0154-C |
| DAWN M. NULL, | |
| Defendant, | |
| and | |
| KRAFT FOODS NORTH AMERICA/OSCAR MAYER FOOD, | |
| Garnishee Defendant. | |

ORDER TERMINATING GARNISHMENT

Upon the motion of the United States of America requesting termination of the garnishment in the above-entitled matter based on defendant paying her debt in full,

IT IS HEREBY ORDERED that the garnishment be terminated and the garnishee defendant be released from any further obligation in this case.

Entered this 15th day of September, 2009.

BY THE COURT:

*Barbara B. Crabb*
BARBARA B. CRABB
United States District Judge